UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 2:18-cr-68-FtM-38MRM

JUAN CARLOS ALFARO GARCIA
_____/

## ORDER[1]

Before the Court is Defendant Juan Carlos Alfaro Garcia's Motion to Withdraw Plea of Guilty (Doc. 36) and Motion to Continue (Doc. 37). Defendant initially pled not guilty to violating 8 U.S.C. § 1326(a) and (b)(1). (Doc. 15). He then signed a plea agreement. (Doc. 36 at ¶ 3). But, before Defendant's change of plea hearing, he filed the instant motion. And he wants to withdraw his so-called guilty plea because another district court recently dismissed an indictment on a charge like the one Defendant faces here. (Doc. 36 at ¶ 4-5).

Even setting aside this case's procedural history, a "[a] defendant has an absolute right to withdraw a guilty plea before the district court accepts it." *United States v. Villalona*, 506 F. App'x 902, 904 (11th Cir. 2013). And because this Court has not yet accepted his guilty plea, Defendant may withdraw a guilty plea "for any reason or no reason." Fed. R. Crim. P. 11(d)(1). The Court thus will set this case for a status conference on November 13, 2018.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Defendant Juan Carlos Alfaro Garcia's Motion to Withdraw Plea of Guilty (Doc. 36) is **GRANTED**.

(2) Defendant Juan Carlos Alfaro Garcia's Motion to Continue (Doc. 37) is **GRANTED**.

(3) The above-captioned case is set for a status conference on **November 13, 2018, at 9:30 a.m.** before the Honorable John E. Steele, Senior United States District Judge, in Courtroom 6A of the United States Courthouse and Federal Building, 2110 First Street, Fort Myers, Florida 33901.

(4) The Clerk is **DIRECTED** to issue a notice of hearing under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this November 9, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record