UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 2:18-cr-68-FtM-38MRM

JUAN CARLOS ALFARO GARCIA
_____/

**ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. On February 7, 2019, Defendant Juan Carlos Alfaro Garcia moved the Court to decide his competency to proceed. (Doc. 63). At the Government's request, the Court sent Garcia to a special federal facility to be evaluated. (Doc. 69). The Warden later asked the Court to extend the evaluation period to April 10, 2019. (Doc. 77). The Court granted the extension and directed the psychiatric or psychological report be filed under seal by April 24, 2019. (Doc. 78). That deadline has come and gone with no report being filed. Because the Government sought the evaluation, the Court directs it to provide a status update on the competency evaluation and report.

Accordingly, it is now

**ORDERED:**

The Government is **DIRECTED** to file under seal a notice updating the Court on the status of Garcia's competency evaluation and report on or before **May 9, 2019**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE AND ORDERED** in Fort Myers, Florida on this 6th day of May 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record

Warden Gio Ramirez
United States Department of Justice
Federal Detention Center
Psychology Department
33 N.E. 4th St.
Miami, FL 33132